1  Grace Bennett (Cal. Bar No. 345948)
2  grace@dovel.com
   Richard Lyon (Cal. Bar No. 229288)
3  rick@dovel.com
4  DOVEL & LUNER, LLP
   201 Santa Monica Blvd., Suite 600
5  Santa Monica, California 90401
6  Telephone: (310) 656-7066
   Facsimile: (310) 656-7069
7
8  *Attorneys for Plaintiff*
9
10              **UNITED STATES DISTRICT COURT**
11              **CENTRAL DISTRICT OF CALIFORNIA**
12

| 13 | TESHA GAMINO, individually and on behalf of all others similarly situated, | Case No. 5:23-cv-2067 |
|---|---|---|
| 14 | | |
| 15 | *Plaintiff*, | **CLRA VENUE DECLARATION** |
| 16 | v. | |
| 17 | | |
| 18 | THINX, INC., | |
| 19 | *Defendant*. | |

I, Tesha Gamino, declare as follows:

1. I am a named Plaintiff in this action.

2. On November 26, 2022, I purchased Thinx for All Women's Moderate Absorbency Boy Shorts Period Underwear from Target, while living in Riverside, California.

2. On February 23, 2023, I purchased Thinx for All Women's Moderate Absorbency Boy Shorts Period Underwear and Thinx for All Super Absorbency High Waist Brief Period Underwear from Target, while living in Riverside, California.

3. I understand that, because I purchased the products in Riverside, California, the transaction occurred within the Central District of California, and thus this is a proper place to bring my California Consumer Legal Remedies Act claim.

I declare under penalty of perjury, under the laws of the United States and the State of California, that the foregoing is true and correct to the best of my knowledge.

Signature: _____
DocuSigned by: [signature]
74FA6B098D394B7...
Tesha Gamino

Dated: 10/10/2023